**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP<br>ADDRESS 73.223.203.152,<br><br>            Defendant.<br>                                                            / | No. C 15-04287 WHA<br><br>**ORDER EXTENDING<br>DEADLINE TO EFFECTUATE<br>SERVICE OF PROCESS** |

Plaintiff shall have until **FEBRUARY 24, 2016** to effectuate service.

**IT IS SO ORDERED.**

Dated:   February 10, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE