IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.223.203.152,<br><br>  Defendant. | No. C 15-04287 WHA<br><br>**ORDER RE MOTION FOR TELEPHONIC STATUS CONFERENCE** |

Plaintiff Malibu Media, LLC, has filed 116 copyright infringement actions in this district. Malibu Media has met challenges timely serving the defendants in each action and has requested a telephonic status conference in order to discuss a procedure to streamline its service of process. Malibu Media has not offered any details of its proposed procedure. It has only suggested "the issuance of a standing order . . . ." Malibu Media's request for a telephonic conference is hereby **DENIED**.

By **NOON ON FEBRUARY 12**, Malibu Media may file a proposal for streamlining the procedure **NOT TO EXCEED TWO PAGES** double-spaced with no attachments. If the proposal is promising, an in-court hearing will be scheduled.

**IT IS SO ORDERED.**

Dated: February 11, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE