IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.223.203.152,<br><br>             Defendant.<br>                                                               / | No. C 15-04287 WHA<br><br>**ORDER SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

Plaintiff Malibu Media, LLC, has filed 116 copyright infringement actions in this district. Malibu Media has met challenges timely serving the defendants in each action and seeks to streamline its own procedures and the Court's procedures. Specifically, Malibu Media proposes that the Court issue a standing order extending the deadline by which Malibu Media must serve each defendant to fifty-five days after it receives the defendant's identifying information or forty-five days after a summons issues. The Court hereby **SETS** a further case management conference with counsel for Malibu Media on **TUESDAY, FEBRUARY 23 AT 12:00 P.M.** to discuss this proposal.

**IT IS SO ORDERED.**

Dated: February 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE